UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:                                                                             Bankr. Case No. 18-05174-13

RYAN M. TRONE                                                    Chapter 13
       Debtor(s)

## REQUEST FOR NOTICE

Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

                 Americredit Financial Services, Inc. dba GM Financial
                 PO Box 183853
                 Arlington, TX  76096

By  /s/ Mandy Youngblood

     Mandy Youngblood
     PO Box 183853
     Arlington, TX  76096
     877-203-5538
     877-259-6417
     Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:                                                                        Bankr. Case No. 18-05174-13

RYAN M. TRONE                                            Chapter 13

       Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on December 21, 2018 :

KARA KATHERINE GENDRON                  U.S. Trustee
125 STATE ST                                              228 Walnut Street, Suite 1190
HARRISBURG, PA 17101                        Harrisburg, PA 17101

                                                             By /s/ Mandy Youngblood
                                                                 Mandy Youngblood

xxxxx44497 / 976343