Certificate Number: 13858-PAM-DE-032206962

Bankruptcy Case Number: 18-05174



13858-PAM-DE-032206962

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>January 25, 2019</u>, at <u>1:47</u> o'clock <u>PM EST</u>, <u>Ryan Trone</u> completed a course on personal financial management given <u>by internet</u> by <u>MoneySharp Credit Counseling Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>January 25, 2019</u>

By: <u>/s/Omar Silva</u>

Name: <u>Omar Silva</u>

Title: <u>Counselor</u>