```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                          Case No. 18-05174-HWV
Ryan Michael Trone                                              Chapter 13
         Debtor                      CERTIFICATE OF NOTICE
District/off: 0314-1         User: KADavis             Page 1 of 2               Date Rcvd: Jan 28, 2019
                             Form ID: ntcnfhrg         Total Noticed: 33
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 30, 2019.
```
db              +Ryan Michael Trone,    817 E Market Street,    York, PA 17403-1101
cr              +Americredit Financial Services, Inc. Dba GM Financ,     P.O Box 183853,
                  Arlington, TX 76096-3853
5149366         +1St Financial Bank Usa,    Jefferson Capital Systems LLC Assignee,     Po Box 7999,
                  Saint Cloud Mn 56302-7999
5139473         +ACCOUNTS SERVICE DEPARTMENT,     PO BOX 731,    MAHWAH, NJ 07430-0731
5146694        ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,      PO BOX 183853,    ARLINGTON TX 76096-3853
                 (address filed with court: Americredit Financial Services, Inc.,      Dba GM Financial,
                  P.O Box 183853,    Arlington, TX 76096)
5139474         BUREAU OF ACCOUNT MGMT,     3607 ROSEMONT AVE STE 502,     PO BOX 8875,    CAMP HILL, PA 17001-8875
5151161         Capital One, N.A.,     c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
5139478         DIRECTV CUSTOMER SERVICE (p),     BANKRUPTCY CLAIMS,    PO BOX 6550,
                  GREENWOOD VILLAGE CO 80155-6550
5139480         +GM FINANCIAL-BANKRUPTCY DEPT,     PO BOX 183853,    ARLINGTON, TX 76096-3853
5139481         +HUD/FHA,    NATIONAL SERVICING CENTER,     301 NW SIXTH ST, STE 200,
                  OKLAHOMA CITY, OK 73102-2811
5139484         MERCANTILE ADJUSTMENT BUREAU,     CORRESPONDENCE,    PO BOX 9055,    BUFFALO, NY 14231-9055
5139487         +PENNYMAC LOAN SERVICES LLC,     6101 CONDOR DRIVE, STE 310,    MOORPARK, CA 93021-2602
5139488         RATCHFORD LAW GROUP, PC,     54 GLENMAURA BLVD, STE 104,    MOOSIC, PA 18507
5139490         +TDRC/LITTMAN,    1000 MACARTHUR BLVD,    MAHWAH, NJ 07430-2035
5139491         +THD/CBNA,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
5139492         +TOYOTA FINANCIAL SERVICES-BK Notices,      PO BOX 108,    SAINT LOUIS, MO 63166-0108
5139493         +TRAVIS REXROAD,    817 EAST MARKE STREET,     YORK, PA 17403-1101
5139494         +UNEMP COMP OVERPAYMENT MATTERS,     DEPT OF L&I - OFFICE OF CHIEF COUNSEL,
                  651 BOAS STREET 10TH FLOOR,    HARRISBURG, PA 17121-0751
5139495         +UNEMPL COMP TAX MATTERS,     HARRISBURG CASES L&I OFF CHIEF COUNSEL,     651 BOAS STREET 10TH FLOOR,
                  HARRISBURG, PA 17121-0751
5139496         +USDOE/GLELSI,    2401 INTERNATIONAL,    MADISON, WI 53704-3121
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5139472         +E-mail/Text: bankruptcynotice@1fbusa.com Jan 28 2019 19:36:55      1 FBSD,    363 W ANCHOR DRIVE,
                  NORTH SIOUX CITY, SD 57049-5154
5139475          E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 28 2019 19:35:50
                  CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p,     PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
5139476         +E-mail/Text: dehartstaff@pamd13trustee.com Jan 28 2019 19:37:26      CHARLES J DEHART, III, ESQ.,
                  8125 ADAMS DRIVE STE A,    HUMMELSTOWN PA 17036-8625
5139477          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 28 2019 19:37:03      COMM OF PA DEPT OF REVENUE,
                  BUREAU OF COMPLIANCE,    PO BOX 280946,    HARRISBURG, PA 17128-0946
5145637          E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 28 2019 19:35:35
                  Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
5139479         +E-mail/Text: bknotice@ercbpo.com Jan 28 2019 19:37:13      ERC,    PO BOX 57547,
                  JACKSONVILLE, FL 32241-7547
5139482          E-mail/Text: cio.bncmail@irs.gov Jan 28 2019 19:36:47      INTERNAL REVENUE SERVICE - CIO,
                  PO BOX 7346,    PHILADELPHIA, PA 19101-7346
5139483         +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 28 2019 19:36:38      KOHLS/CAPONE,
                  COLLECTION DEPARTMENT,    PO BOX 3084,    MILWAUKEE, WI 53201-3084
5139485         +E-mail/Text: bankruptcydpt@mcmcg.com Jan 28 2019 19:37:06      MIDLAND CREDIT MANAGEMENT, INC.,
                  2365 NORTHSIDE DR, STE 300,    SAN DIEGO, CA 92108-2709
5154514         +E-mail/Text: bankruptcydpt@mcmcg.com Jan 28 2019 19:37:06      Midland Funding LLC,
                  PO Box 2011,    Warren, MI 48090-2011
5139486         +E-mail/PDF: pa_dc_claims@navient.com Jan 28 2019 19:36:09      NAVIENT,    PO BOX 9500,
                  WILKES BARRE, PA 18773-9500
5139774         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 28 2019 19:50:11
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5139489         +E-mail/PDF: gecsedi@recoverycorp.com Jan 28 2019 19:35:33      SYNCB/LOWES,    PO BOX 965004,
                  ORLANDO, FL 32896-5004
                                                                                              TOTAL: 13
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 28, 2019 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          Dorothy L Mott    on behalf of Debtor 1 Ryan Michael Trone DorieMott@aol.com,
           KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
          James Warmbrodt   on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
          Kara Katherine Gendron    on behalf of Debtor 1 Ryan Michael Trone karagendronecf@gmail.com,
           doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                        TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Ryan Michael Trone,

**Debtor 1**

Chapter 13

Case No. 1:18–bk–05174–HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**March 6, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: March 13, 2019<br><br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KADavis, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: January 28, 2019 |

ntcnfhrg (03/18)