IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | CHAPTER 13 |
| RYAN MICHAEL TRONE : | |
| : | CASE NO. 1:18-bk-05174 |
| : | |
| : | |
| Debtor : | |

## MOTION TO TERMINATE
## WAGE ATTACHMENT TO PAY TRUSTEE

Comes now the Debtor, Ryan Michael Trone, by and through Kara K. Gendron, Esquire and moves this Court to terminate the Wage Attachment Order previously entered in this case, respectfully stating in support thereof as follows:

1. The Debtor filed a Chapter 13 Petition on December 10, 2018.
2. The Debtor wishes to terminate the wage attachment.

Wherefore, the Debtor respectfully requests that this Honorable Court enter an Order terminating the Wage Attachment Order previously entered in this case.

                Respectfully submitted,

                /s/ Kara K. Gendron
                Kara K. Gendron, Esquire
                Attorney ID 87577
                MOTT & GENDRON LAW
                125 State Street
                Harrisburg, PA 17101
                http://www.mottgendronlaw.com
                T: (717) 232-6650 | F: (717) 232-0477
                karagendron@gmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | CHAPTER 13 |
| RYAN MICHAEL TRONE : | |
| : | CASE NO. 1:18-bk-05174 |
| : | |
| : | |
| Debtor : | |

# **ORDER**

     Upon consideration of the Motion to Terminate Wage Attachment filed by the Debtor in this case, and it appearing that the Debtor wishes to terminate the wage attachment, it is hereby Ordered and Decreed that the Wage Attachment Order is hereby terminated.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| RYAN MICHAEL TRONE | : | |
| | : | CASE NO. 1:18-bk-05174 |
| | : | |
| | : | |
| Debtor(s) | : | |

## CERTIFICATE OF SERVICE

I certify that on June 23, 2023 I served a copy of the foregoing document(s) on the following parties via ECF or by first class mail:

JACK N. ZAHAROPOULOS ESQUIRE
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036
TWecf@pamd13trustee.com


I certify under penalty of perjury that the foregoing is true and correct.
Date: 06/23/2023
　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/ Kara K. Gendron
　　　　　　　　　　　　　　　　　Kara K. Gendron, Esquire
　　　　　　　　　　　　　　　　　Attorney ID 87577
　　　　　　　　　　　　　　　　　MOTT & GENDRON LAW
　　　　　　　　　　　　　　　　　125 State Street
　　　　　　　　　　　　　　　　　Harrisburg, PA 17101
　　　　　　　　　　　　　　　　　http://www.mottgendronlaw.com
　　　　　　　　　　　　　　　　　T: (717) 232-6650 | F: (717) 232-0477
　　　　　　　　　　　　　　　　　karagendron@gmail.com