# Fill in this information to identify the case:

Debtor 1   Ryan Michael Trone

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of PA

Case number   18-05174 HWV

## Form 4100R

## Response to Notice of Final Cure Payment                                       10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of Creditor:** PennyMac Loan Services, LLC        **Court claim no. (if known):** 11-2

**Last 4 digits** of any number you use to identify the debtor's account: 6175
**Property address:**
817 E Market Street
York, PA 17403

## Part 2: Prepetition Default Payments

Check one:

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

## Part 3: Postpetition Mortgage Payment

Check one:

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   08 / 01 / 2023

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a.  Total postpetition ongoing payments due:                       (a)   $ _____
b.  Total fees, charges, expenses, escrow, and costs outstanding:  + (b) $ _____
c.  **Total.** Add lines a and b.                                  (c)   $ _____

Creditor asserts that the debtor(s) are contractually obligated for
the postpetition payment(s) that first became due on:

Case 1:18-bk-05174-HWV    Doc 57    Filed 07/31/23    Entered 07/31/23 08:42:57    Desc
Document ID: 75f4f259cefc819bfbeaf3635f12b7874ac2e14513f58475f0d5471957f281a
Main Document    Page 1 of 3

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/ *Michael Farrington*           Date   07/28/2023

Michael Farrington
28 Jul 2023, 09:12:33, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

Form 4100R                    Response to Notice of Final Cure Payment                    page 2

Case 1:18-bk-05174-HWV   Doc 57   Filed 07/31/23   Entered 07/31/23 08:42:57   Desc
Document ID: 75f4f259cefc819bfbeaf3635f12b7874ac2e14513f58475f0d54711957f281a
Main Document   Page 2 of 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ryan Michael Trone<br>      **Debtor(s)**<br><br>**PennyMac Loan Services, LLC**<br>      **Movant**<br>vs.<br><br>**Ryan Michael Trone**<br>      **Debtor(s)**<br><br>**Jack N. Zaharopoulos**,<br>      **Trustee** | BK NO. 18-05174 HWV<br><br>Chapter 13<br><br>Related to Claim No. 11-2 |

## CERTIFICATE OF SERVICE
## RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>July 31, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Ryan Michael Trone
817 E Market Street
York, PA 17403

Attorney for Debtor(s) (via ECF)
Kara Katherine Gendron
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101

Dorothy L Mott
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101

Trustee (via ECF)
Jack N. Zaharopoulos
Standing Chapter 13 (Trustee)
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first-class mail.

Dated: <u>July 31, 2023</u>

            */s/ Michal P. Farrington*
            Michael P. Farrington, Esquire
            Attorney I.D. 329636
            KML Law Group, P.C.
            BNY Mellon Independence Center
            701 Market Street, Suite 5000
            Philadelphia, PA 19106
            215-627-1322
            mfarrington@kmllawgroup.com