In re:  
Ryan Michael Trone  
    Debtor

Case No. 18-05174-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3  
Date Rcvd: Sep 20, 2023     Form ID: fnldecnd     Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ryan Michael Trone, 817 E Market Street, York, PA 17403-1101 |
| 5139481 | + | HUD/FHA, NATIONAL SERVICING CENTER, 301 NW SIXTH ST, STE 200, OKLAHOMA CITY, OK 73102-2811 |
| 5139488 | | RATCHFORD LAW GROUP, PC, 54 GLENMAURA BLVD, STE 104, MOOSIC, PA 18507 |
| 5139490 | + | TDRC/LITTMAN, 1000 MACARTHUR BLVD, MAHWAH, NJ 07430-2035 |
| 5139492 | + | TOYOTA FINANCIAL SERVICES-BK Notices, PO BOX 108, SAINT LOUIS, MO 63166-0108 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 20 2023 18:46:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| 5139472 | + | Email/Text: bankruptcynotice@1fbusa.com | Sep 20 2023 18:46:00 | 1 FBSD, 363 W ANCHOR DRIVE, NORTH SIOUX CITY, SD 57049-5154 |
| 5149366 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 20 2023 18:46:00 | 1St Financial Bank Usa, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5146694 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 20 2023 18:46:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 5358240 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 20 2023 18:46:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 5139474 | | Email/Text: Bankruptcy@BAMcollections.com | Sep 20 2023 18:46:00 | BUREAU OF ACCOUNT MGMT, 3607 ROSEMONT AVE STE 502, PO BOX 8875, CAMP HILL, PA 17001-8875 |
| 5139475 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 20 2023 18:50:50 | CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5139477 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 20 2023 18:46:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5145637 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 20 2023 18:50:36 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 5151161 | | Email/PDF: bncnotices@becket-lee.com | Sep 20 2023 18:50:18 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5139494 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Sep 20 2023 18:46:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 5139478 | | Email/Text: G06041@att.com | Sep 20 2023 18:46:00 | DIRECTV CUSTOMER SERVICE (p), BANKRUPTCY CLAIMS, PO BOX 6550, GREENWOOD VILLAGE CO 80155-6550 |
| 5160447 | | Email/Text: G06041@att.com | Sep 20 2023 18:46:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 5139479 | + | Email/Text: bknotice@ercbpo.com | Sep 20 2023 18:46:00 | ERC, PO BOX 57547, JACKSONVILLE, FL 32241-7547 |
| 5139480 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 20 2023 18:46:00 | GM FINANCIAL-BANKRUPTCY DEPT, PO BOX 183853, ARLINGTON, TX 76096-3853 |
| 5139482 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 20 2023 18:46:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5139476 | | Email/Text: info@pamd13trustee.com | Sep 20 2023 18:46:00 | CHARLES J DEHART, III, ESQ., 8125 ADAMS DRIVE STE A, HUMMELSTOWN PA 17036 |
| 5139483 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 20 2023 18:46:00 | KOHLS/CAPONE, COLLECTION DEPARTMENT, PO BOX 3084, MILWAUKEE, WI 53201-3084 |
| 5139484 | ^ | MEBN | Sep 20 2023 18:40:13 | MERCANTILE ADJUSTMENT BUREAU, CORRESPONDENCE, PO BOX 9055, BUFFALO, NY 14231-9055 |
| 5139485 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 20 2023 18:46:00 | MIDLAND CREDIT MANAGEMENT, INC., 2365 NORTHSIDE DR, STE 300, SAN DIEGO, CA 92108-2710 |
| 5154514 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 20 2023 18:46:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5139486 | + | Email/PDF: pa_dc_claims@navient.com | Sep 20 2023 19:01:33 | NAVIENT, PO BOX 9500, WILKES BARRE, PA 18773-9500 |
| 5161519 | | Email/PDF: pa_dc_claims@navient.com | Sep 20 2023 19:01:24 | Navient PC TRUST c/o, Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 5139487 | + | Email/PDF: ebnotices@pnmac.com | Sep 20 2023 18:50:54 | PENNYMAC LOAN SERVICES LLC, 6101 CONDOR DRIVE, STE 310, MOORPARK, CA 93021-2602 |
| 5139774 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 20 2023 19:01:21 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5163094 | + | Email/PDF: ebnotices@pnmac.com | Sep 20 2023 19:01:36 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5139489 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 20 2023 18:50:18 | SYNCB/LOWES, PO BOX 965004, ORLANDO, FL 32896-5004 |
| 5158305 | + | Email/Text: tdebn@credbankserv.com | Sep 20 2023 18:46:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5139491 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2023 18:50:40 | THD/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5160764 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Sep 20 2023 18:46:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5139495 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Sep 20 2023 18:46:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |
| 5165121 | | Email/Text: electronicbkydocs@nelnet.net | Sep 20 2023 18:46:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 5139496 | + | Email/Text: electronicbkydocs@nelnet.net | Sep 20 2023 18:46:00 | USDOE/GLELSI, 2401 INTERNATIONAL, MADISON, WI 53704-3121 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5139473 | ##+ | ACCOUNTS SERVICE DEPARTMENT, PO BOX 731, MAHWAH, NJ 07430-0731 |
| 5139493 | ##+ | TRAVIS REXROAD, 817 EAST MARKE STREET, YORK, PA 17403-1101 |

TOTAL: 0 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2023  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Dorothy L Mott | on behalf of Debtor 1 Ryan Michael Trone DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Ryan Michael Trone karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Michael Patrick Farrington | on behalf of Creditor PENNYMAC LOAN SERVICES LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Americredit Financial Services Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Ryan Michael Trone,<br>**Debtor 1** | Chapter 13<br>Case No.  1:18−bk−05174−HWV |

Social Security No.:
                    xxx−xx−5846

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Ryan Michael Trone** in accordance with §1328 of the Bankruptcy Code.

By the Court,

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

Dated:  September 20, 2023

**fnldec** (01/22)