In re:  Case No. 18-05174-HWV

Ryan Michael Trone  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3
Date Rcvd: Sep 28, 2023     Form ID: pdf010     Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ryan Michael Trone, 817 E Market Street, York, PA 17403-1101 |
| 5139481 | + | HUD/FHA, NATIONAL SERVICING CENTER, 301 NW SIXTH ST, STE 200, OKLAHOMA CITY, OK 73102-2811 |
| 5139488 | | RATCHFORD LAW GROUP, PC, 54 GLENMAURA BLVD, STE 104, MOOSIC, PA 18507 |
| 5139490 | + | TDRC/LITTMAN, 1000 MACARTHUR BLVD, MAHWAH, NJ 07430-2035 |
| 5139492 | + | TOYOTA FINANCIAL SERVICES-BK Notices, PO BOX 108, SAINT LOUIS, MO 63166-0108 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 28 2023 18:40:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| 5139472 | + | Email/Text: bankruptcynotice@1fbusa.com | Sep 28 2023 18:40:00 | 1 FBSD, 363 W ANCHOR DRIVE, NORTH SIOUX CITY, SD 57049-5154 |
| 5149366 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 28 2023 18:40:00 | 1St Financial Bank Usa, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5146694 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 28 2023 18:40:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 5358240 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 28 2023 18:40:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 5139474 | | Email/Text: Bankruptcy@BAMcollections.com | Sep 28 2023 18:40:00 | BUREAU OF ACCOUNT MGMT, 3607 ROSEMONT AVE STE 502, PO BOX 8875, CAMP HILL, PA 17001-8875 |
| 5139475 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 28 2023 18:49:01 | CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5139477 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 28 2023 18:40:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5145637 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 28 2023 18:49:02 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 5151161 | | Email/PDF: bncnotices@becket-lee.com | Sep 28 2023 19:00:51 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5139494 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Sep 28 2023 18:40:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, |

| Recipient # | | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 5139478 | | Email/Text: G06041@att.com | Sep 28 2023 18:40:00 | DIRECTV CUSTOMER SERVICE (p), BANKRUPTCY CLAIMS, PO BOX 6550, GREENWOOD VILLAGE CO 80155-6550 |
| 5160447 | | Email/Text: G06041@att.com | Sep 28 2023 18:40:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 5139479 | + | Email/Text: bknotice@ercbpo.com | Sep 28 2023 18:40:00 | ERC, PO BOX 57547, JACKSONVILLE, FL 32241-7547 |
| 5139480 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 28 2023 18:40:00 | GM FINANCIAL-BANKRUPTCY DEPT, PO BOX 183853, ARLINGTON, TX 76096-3853 |
| 5139482 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 28 2023 18:40:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5139476 | | Email/Text: info@pamd13trustee.com | Sep 28 2023 18:40:00 | CHARLES J DEHART, III, ESQ., 8125 ADAMS DRIVE STE A, HUMMELSTOWN PA 17036 |
| 5139483 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 28 2023 18:40:00 | KOHLS/CAPONE, COLLECTION DEPARTMENT, PO BOX 3084, MILWAUKEE, WI 53201-3084 |
| 5139484 | ^ | MEBN | Sep 28 2023 18:37:16 | MERCANTILE ADJUSTMENT BUREAU, CORRESPONDENCE, PO BOX 9055, BUFFALO, NY 14231-9055 |
| 5139485 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 28 2023 18:40:00 | MIDLAND CREDIT MANAGEMENT, INC., 2365 NORTHSIDE DR, STE 300, SAN DIEGO, CA 92108-2710 |
| 5154514 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 28 2023 18:40:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5139486 | + | Email/PDF: pa_dc_claims@navient.com | Sep 28 2023 18:49:05 | NAVIENT, PO BOX 9500, WILKES BARRE, PA 18773-9500 |
| 5161519 | | Email/PDF: pa_dc_claims@navient.com | Sep 28 2023 18:49:05 | Navient PC TRUST c/o, Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 5139487 | + | Email/PDF: ebnotices@pnmac.com | Sep 28 2023 18:49:32 | PENNYMAC LOAN SERVICES LLC, 6101 CONDOR DRIVE, STE 310, MOORPARK, CA 93021-2602 |
| 5139774 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 28 2023 18:48:40 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5163094 | + | Email/PDF: ebnotices@pnmac.com | Sep 28 2023 18:48:44 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5139489 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 28 2023 18:49:01 | SYNCB/LOWES, PO BOX 965004, ORLANDO, FL 32896-5004 |
| 5158305 | + | Email/Text: tdebn@credbankserv.com | Sep 28 2023 18:40:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5139491 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 28 2023 18:48:44 | THD/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5160764 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Sep 28 2023 18:40:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5139495 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Sep 28 2023 18:40:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |
| 5165121 | | Email/Text: electronicbkydocs@nelnet.net | Sep 28 2023 18:40:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 5139496 | + | Email/Text: electronicbkydocs@nelnet.net | Sep 28 2023 18:40:00 | USDOE/GLELSI, 2401 INTERNATIONAL, MADISON, WI 53704-3121 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5139473 | ##+ | ACCOUNTS SERVICE DEPARTMENT, PO BOX 731, MAHWAH, NJ 07430-0731 |
| 5139493 | ##+ | TRAVIS REXROAD, 817 EAST MARKE STREET, YORK, PA 17403-1101 |

TOTAL: 0 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2023      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian C Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Dorothy L Mott | on behalf of Debtor 1 Ryan Michael Trone DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Ryan Michael Trone karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Michael Patrick Farrington | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Americredit Financial Services  Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
: CHAPTER 13
RYAN MICHAEL TRONE, :
: CASE NO. 1:18-bk-05174-HWV
Debtor. :

## ORDER

Upon consideration of the Motion to Reopen Chapter 13 Case filed by the Debtor, Doc. 64, it is

**ORDERED** that the Motion is **GRANTED** in part and **DENIED** in part as follows: the above-captioned case shall be reopened upon payment of the filing fee in full.[1]

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: September 28, 2023

---

[1] The Court makes no ruling on the request for reimbursement of the filing fee in the Steven Douglas Shughart case referenced in the Motion (located at docket number 1:18-bk-4472).