United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 18-05174-HWV
Ryan Michael Trone  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 4
Date Rcvd: Sep 29, 2023     Form ID: 3180W     Total Noticed: 38

The following symbols are used throughout this certificate:
| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ryan Michael Trone, 817 E Market Street, York, PA 17403-1101 |
| 5139481 | + | HUD/FHA, NATIONAL SERVICING CENTER, 301 NW SIXTH ST, STE 200, OKLAHOMA CITY, OK 73102-2811 |
| 5139488 | | RATCHFORD LAW GROUP, PC, 54 GLENMAURA BLVD, STE 104, MOOSIC, PA 18507 |
| 5139490 | + | TDRC/LITTMAN, 1000 MACARTHUR BLVD, MAHWAH, NJ 07430-2035 |
| 5139492 | + | TOYOTA FINANCIAL SERVICES-BK Notices, PO BOX 108, SAINT LOUIS, MO 63166-0108 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PHINAMERI.COM | Sep 29 2023 22:45:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| 5139472 | + | Email/Text: bankruptcynotice@1fbusa.com | Sep 29 2023 18:50:00 | 1 FBSD, 363 W ANCHOR DRIVE, NORTH SIOUX CITY, SD 57049-5154 |
| 5149366 | + | EDI: JEFFERSONCAP.COM | Sep 29 2023 22:45:00 | 1St Financial Bank Usa, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5146694 | | EDI: PHINAMERI.COM | Sep 29 2023 22:45:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 5358240 | + | EDI: PHINAMERI.COM | Sep 29 2023 22:45:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 5139474 | | Email/Text: Bankruptcy@BAMcollections.com | Sep 29 2023 18:49:00 | BUREAU OF ACCOUNT MGMT, 3607 ROSEMONT AVE STE 502, PO BOX 8875, CAMP HILL, PA 17001-8875 |
| 5139475 | | EDI: CAPITALONE.COM | Sep 29 2023 22:45:00 | CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5139477 | | EDI: PENNDEPTREV | Sep 29 2023 22:45:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5139477 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 29 2023 18:50:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5145637 | | EDI: CAPITALONE.COM | Sep 29 2023 22:45:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 5151161 | | Email/PDF: bncnotices@becket-lee.com | Sep 29 2023 19:02:01 | Capital One, N.A., c/o Becket and Lee LLP, PO |

| Recipient # | Notice Method | Date/Time | Name and Address |
|---|---|---|---|
| | | | Box 3001, Malvern PA 19355-0701 |
| 5139494 | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Sep 29 2023 18:49:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 5139478 | EDI: DIRECTV.COM | Sep 29 2023 22:45:00 | DIRECTV CUSTOMER SERVICE (p), BANKRUPTCY CLAIMS, PO BOX 6550, GREENWOOD VILLAGE CO 80155-6550 |
| 5160447 | EDI: DIRECTV.COM | Sep 29 2023 22:45:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 5139479 | + Email/Text: bknotice@ercbpo.com | Sep 29 2023 18:50:00 | ERC, PO BOX 57547, JACKSONVILLE, FL 32241-7547 |
| 5139480 | + EDI: PHINAMERI.COM | Sep 29 2023 22:45:00 | GM FINANCIAL-BANKRUPTCY DEPT, PO BOX 183853, ARLINGTON, TX 76096-3853 |
| 5139482 | EDI: IRS.COM | Sep 29 2023 22:45:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5139476 | Email/Text: info@pamd13trustee.com | Sep 29 2023 18:49:00 | CHARLES J DEHART, III, ESQ., 8125 ADAMS DRIVE STE A, HUMMELSTOWN PA 17036 |
| 5139483 | + Email/Text: PBNCNotifications@peritusservices.com | Sep 29 2023 18:49:00 | KOHLS/CAPONE, COLLECTION DEPARTMENT, PO BOX 3084, MILWAUKEE, WI 53201-3084 |
| 5139484 | ^ MEBN | Sep 29 2023 18:48:15 | MERCANTILE ADJUSTMENT BUREAU, CORRESPONDENCE, PO BOX 9055, BUFFALO, NY 14231-9055 |
| 5139485 | + Email/Text: bankruptcydpt@mcmcg.com | Sep 29 2023 18:50:00 | MIDLAND CREDIT MANAGEMENT, INC., 2365 NORTHSIDE DR, STE 300, SAN DIEGO, CA 92108-2710 |
| 5154514 | + Email/Text: bankruptcydpt@mcmcg.com | Sep 29 2023 18:50:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5139486 | + EDI: NAVIENTFKASMSERV.COM | Sep 29 2023 22:45:00 | NAVIENT, PO BOX 9500, WILKES BARRE, PA 18773-9500 |
| 5161519 | EDI: NAVIENTFKASMSERV.COM | Sep 29 2023 22:45:00 | Navient PC TRUST c/o, Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 5139487 | + Email/PDF: ebnotices@pnmac.com | Sep 29 2023 19:01:59 | PENNYMAC LOAN SERVICES LLC, 6101 CONDOR DRIVE, STE 310, MOORPARK, CA 93021-2602 |
| 5139774 | + EDI: RECOVERYCORP.COM | Sep 29 2023 22:45:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5163094 | + Email/PDF: ebnotices@pnmac.com | Sep 29 2023 19:01:27 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5139489 | + EDI: RMSC.COM | Sep 29 2023 22:45:00 | SYNCB/LOWES, PO BOX 965004, ORLANDO, FL 32896-5004 |
| 5158305 | + EDI: CBSTDR | Sep 29 2023 22:45:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5139491 | + EDI: CITICORP.COM | Sep 29 2023 22:45:00 | THD/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5160764 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Sep 29 2023 18:49:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5139495 | + Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Sep 29 2023 18:49:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |
| 5165121 | Email/Text: electronicbkydocs@nelnet.net | Sep 29 2023 18:50:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX |

| | | | | |
|---|---|---|---|---|
| 5139496 | + | Email/Text: electronicbkydocs@nelnet.net | Sep 29 2023 18:50:00 | 8973, MADISON, WI 53708-8973<br>USDOE/GLELSI, 2401 INTERNATIONAL, MADISON, WI 53704-3121 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5139473 | ##+ | ACCOUNTS SERVICE DEPARTMENT, PO BOX 731, MAHWAH, NJ 07430-0731 |
| 5139493 | ##+ | TRAVIS REXROAD, 817 EAST MARKE STREET, YORK, PA 17403-1101 |

TOTAL: 0 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Dorothy L Mott | on behalf of Debtor 1 Ryan Michael Trone DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Ryan Michael Trone karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Michael Patrick Farrington | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Americredit Financial Services  Inc., d/b/a GM Financial ecfmail@mortoncraig.com, |

mortoncraigecf@gmail.com

TOTAL: 9

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Ryan Michael Trone<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5846<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court   Middle District of Pennsylvania | | |
| Case number:   1:18–bk–05174–HWV | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Ryan Michael Trone

9/29/23

**By the court:**

*(signed)* Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W    **Chapter 13 Discharge**    page 2